William N. Lobel (CA Bar No. 93202)
Ira D. Kharasch (CA Bar No. 109084)
James K. T. Hunter (CA Bar No. 73369)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com
  ikharasch@pszjlaw.com
  jhunter@pszjlaw.com
  egray@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11 |
| BRIDGEMARK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLACENTIA DEVELOPMENT COMPANY, LLC,<br><br>Defendant. | Adv. Case No.: 8:20-ap-01011-TA<br><br>**NOTICE OF CHANGE OF STATUS CONFERENCE HEARING DATE**<br><br>Old Date: April 30, 2020<br>New Date: April 29, 2020<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>   411 W. Fourth St., Courtroom 5B<br>   Santa Ana, CA 92701<br>Judge: Hon. Theodor C. Albert |

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

DOCS_LA:328773.1 10804/002

**PLEASE TAKE NOTICE** that the Court moved the Status Conference hearing date scheduled on April 30, 2020 to April 29, 2020, at 10:00 a.m., before the Honorable Theodor C. Albert, in Courtroom 5B, located at 411 W. Fourth Street, Santa Ana, California.

Dated: April 3, 2020                        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James K.T. Hunter*
James K.T. Hunter

[Proposed] Attorneys for Plaintiff and
Debtor and Debtor-in-Possession,
Bridgemark Corporation

DOCS_LA:328773.1 10804/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE OF STATUS CONFERENCE HEARING DATE** in support thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 3, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Erin E Gray    egray@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Samuel M Kidder    skidder@ktbslaw.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Robert J Pfister    rpfister@ktbslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2020 | MARY DE LEON | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328775.1 10804/002