illiam N. Lobel (CA Bar No. 93202)
James K. T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California  92626
Telephone:  (714) 384-4740
Facsimile:   (714) 384-4741
E-mail:   wlobel@pszjlaw.com
         jhunter@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

FILED & ENTERED

APR 22 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

BRIDGEMARK CORPORATION,[1]

Debtor and Debtor-in Possession.

Case No.: 8:20-bk-10143-TA

Chapter 11

---

BRIDGEMARK CORPORATION,

Plaintiff,

vs.

PLACENTIA DEVELOPMENT COMPANY, LLC,

Defendant.

Adv. Case No.: 8:20-ap-01011-TA

**ORDER ON STIPULATION TO CONTINUE HEARING ON INITIAL STAUS CONFERENCE**

**Current Hearing Date**
Date:     April 29, 2020
Time:    10:00 a.m.

**Continued Hearing Date**
Date:     July 22, 2020
Time:    11:00 a.m.
Place:    Courtroom 5B
            411 West Fourth Street
            Santa Ana, CA  92701

The Court having read and considered the *Stipulation to Continue Hearing on Initial Status Conference* as Docket No. 11 (the "Stipulation")[2], and with good cause shown,

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

DOCS_LA:329128.1 10804/002

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The Hearing is continued to July 22, 2020 at 11:00 a.m.

###

Date: April 22, 2020

_____
Theodor C. Albert
United States Bankruptcy Judge

DOCS_LA:329128.1 10804/002