James K. T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:       jhunter@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGEMARK CORPORATION,[1]<br><br>Debtor and Debtor-in Possession. | Case No.: 8:20-bk-10143-TA<br><br>Chapter 11 |
| BRIDGEMARK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLACENTIA DEVELOPMENT COMPANY, LLC,<br><br>Defendant. | Adv. Case No.: 8:20-ap-01011-TA<br><br>**STIPULATED DISMISSAL**<br><br>[No Hearing Scheduled] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff and Defendant (collectively, the "Parties") hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned adversary proceeding.

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669). The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA 92780.

DOCS_LA:337715.1 10804/002

1   The Parties shall bear their own attorneys' fees and costs in connection with the above-
2   captioned case and above-captioned bankruptcy case.

Dated: May 4, 2021          PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/ *James K. T. Hunter*
      James K. T. Hunter
      Attorneys for Debtor and Debtor-in-
      Possession, Bridgemark Corporation

Dated: May 4, 2021          KTBS LAW LLP

By:   [signature]
      Robert J. Pfister
      Attorneys for Placentia Development
      Company, LLC

2

DOCS_LA:337715.1 10804/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:  **STIPULATED DISMISSAL** served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 4, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/4/2021 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002

ADDITIONAL SERVICE INFORMATION:  Adv. Case No.: 8:20-ap-01011-TA

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Erin E Gray**    egray@pszjlaw.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Samuel M Kidder**    skidder@ktbslaw.com
- **William N Lobel**    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Robert J Pfister**    rpfister@ktbslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002