James K. T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:      jhunter@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession,
Bridgemark Corporation

FILED & ENTERED

MAY 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

BRIDGEMARK CORPORATION,[1]

   Debtor and Debtor-in Possession.

BRIDGEMARK CORPORATION,

   Plaintiff,

vs.

PLACENTIA DEVELOPMENT COMPANY, LLC,

   Defendant.

Case No.: 8:20-bk-10143-TA

Chapter 11

Adv. Case No.: 8:20-ap-01011-TA

**ORDER ON STIPULATED DISMISSAL**

[No Hearing Scheduled]

The Court, having read and considered the *Stipulated Dismissal* filed on May 4, 2021 [Docket No. 40] between debtor and debtor in possession Bridgemark Corporation and Placentia Development Company, LLC, with good cause shown,

---

[1] The Debtor's last four digits of its taxpayer identification number are (1669).  The headquarters and service address for the above-captioned Debtor is 17671 Irvine Blvd., Suite 217, Tustin, CA  92780.

DOCS_LA:337717.1 10804/002

**IT IS HEREBY ORDERED** that:

The Stipulation is approved, and the above-captioned adversary proceeding is dismissed with prejudice.

####

Date: May 5, 2021

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

2

DOCS_LA:337717.1 10804/002